1
2
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**
9                       **CENTRAL DISTRICT OF CALIFORNIA**
10
11 AARON LEROY MONTGOMERY, ) NO. EDCV 13-00409 GW (SS)
12           Petitioner, ) **ORDER ACCEPTING FINDINGS,**
13      v. ) **CONCLUSIONS AND RECOMMENDATIONS OF**
14 CONNIE GIPSON, Warden, ) **UNITED STATES MAGISTRATE JUDGE**
15           Respondent. )
16
17
18     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
19 all the records and files herein, and the Report and Recommendation of
20 the United States Magistrate Judge. The time for filing Objections to
21 the Report and Recommendation has passed and no Objections have been
22 received. Accordingly, the Court accepts and adopts the findings,
23 conclusions and recommendations of the Magistrate Judge.
24
25 \\
26 \\
27 \\
28 \\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 6, 2014

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE