1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   AARON LEROY MONTGOMERY,          ) NO. EDCV 13-00409 GW (SS)
                                       )
12                    Petitioner,      )
                                       )
13          v.                         )          **JUDGMENT**
                                       )
14   CONNIE GIPSON, Warden,            )
                                       )
15                    Respondent.      )
     _____)

16

17

18        Pursuant to the Court's Order Accepting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24   DATED: January 6, 2014

25                                    _____
                                          GEORGE H. WU
26                                        UNITED STATES DISTRICT JUDGE

27

28